OPINION — AG — (NEPOTISM) THERE IS NOTHING IN THIS SECTION OR ANY OTHER PROVISION OF LAW WHICH WOULD PROHIBIT THE EMPLOYMENT OF THE ARCHITECTURAL FIRM MENTIONED IN YOUR LETTER UNLESS DICK BALL IS INTERESTED DIRECTLY OR INDIRECTLY IN SAID CORPORATION, UNLESS HE, OR A MEMBER OF HIS IMMEDIATE FAMILY, OWNS NAY SUBSTANTIAL INTEREST IN THE SAME. CITE: 70 O.S. 1961, 4-29 [70-4-29], 21 O.S. 1961 481 [21-481] (W. J. MONROE) ** SEE: OPINION NO. 78-163 (1978) **